UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRIAN CUMMINGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO.: 3:22-cv-00301 |
| v. | ) |
| | ) |
| BRETTON KEEFER, on behalf of the deceased, | ) |
| CHESTA SHOEMAKER, | ) |
| AFSOON HAGH, and | ) |
| JEANNE BURTON, Trustee on behalf of | ) |
| CUMMINGS MANOOKIAN, PLC, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

The Plaintiff, Brian Cummings, respectfully moves the Court for an Order continuing the case management conference now set for Tuesday, June 28th, because the Defendants have not yet been served.

The initial service was returned not to be found and alias service are now outstanding because the Plaintiff does not know when the Defendants will be served, he is unable to suggest a new case management conference. However, counsel respectfully suggests a continuance of the case management conference for at least sixty (60) days in order to be sure that the Defendants have been served.

Respectfully submitted,

/s James W. Price, Jr.
James W. Price, Jr., #3538
Attorney for Plaintiff
Suite 1800, 201 4th Avenue North
Nashville, TN 37219
TEL: (615) 244-5772

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing document was delivered by electronic court filing or first class mail on this the 23rd day of June, 2022, to:

>Bretton Keefer
>5960 Pumpkintown Lane
>Lafayette, TN 37083
>
>Afsoon Hagh
>Hagh Law PLC
>1906 Glenn Echo Road
>Nashville, TN 37215
>
>Phillip G. Young, Jr.
>Thompson Burton PLLC
>6100 Tower Circle, Ste. 200
>Franklin, TN 37067

This the 23rd day of June, 2022.

>/s  James W. Price, Jr.
>James W. Price, Jr.