UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BRIAN CUMMINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 3:22-cv-00301 |
| | ) | |
| BRETTON KEEFER, on behalf of the | ) | |
| deceased, CHESTA SHOEMAKER, | ) | |
| AFSOON HAGH, and | ) | |
| JEANNE BURTON, Trustee on behalf | ) | |
| Of CUMMINGS MANOOKIAN, PLC, | ) | |
| | ) | |
| Defendants. | ) | |

**JEANNE ANN BURTON, TRUSTEE'S RESPONSE TO MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Jeanne Ann Burton, Chapter 7 bankruptcy trustee for the estate of Cummings Manookian, PLC ("Trustee") does not oppose The Motion to Continue Case Management Conference filed by the Plaintiff, Brian Cummings, and agrees that a sixty (60) day continuance is appropriate.

June 23, 2022

Respectfully submitted,

s/ Phillip G. Young, Jr.
Phillip G. Young, Jr. (21087)
THOMPSON BURTON PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6008
Email: phillip@thompsonburton.com

*Special Counsel for Jeanne Burton, Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2022, the foregoing *Response* was served electronically on all parties having entered a notice of appearance in this matter.

s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.