UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRIAN CUMMINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO.: 3:22-cv-00301 |
| v. ) | |
| ) | CHIEF JUDGE CRENSHAW |
| BRETTON KEEFER, on behalf of the deceased, ) | MAGISTRATE JUDGE NEWBERN |
| CHESTA SHOEMAKER, ) | |
| AFSOON HAGH, and ) | |
| JEANNE BURTON, Trustee on behalf of ) | |
| CUMMINGS MANOOKIAN, PLC, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ADDITIONAL TIME FOR SERVICE OF PROCESS**

The Plaintiff, Brian Cummings, respectfully moves the Court for an Order pursuant to Rule 4(m) of the Federal Rules of Civil Procedure granting an additional ninety (90) days to and until September 27, 2022, within which time to serve the Defendants in this case. In support of said Motion, Plaintiff has filed a Declaration of Counsel filed contemporaneously herewith.

Respectfully submitted,

/s     James W. Price, Jr.
James W. Price, Jr., #3538
Attorney for Plaintiff
Suite 1800, 201 4th Avenue North
Nashville, TN  37219
TEL: (615) 244-5772

**CERTIFICATE OF SERVICE**

   I certify that a true and exact copy of the foregoing document was delivered by electronic court filing or first class mail on this the 27th day of June, 2022, to:

   Bretton Keefer
   5960 Pumpkintown Lane
   Lafayette, TN 37083

   Afsoon Hagh
   Hagh Law PLC
   1906 Glen Echo Road, #150229
   Nashville, TN 37215

   Phillip G. Young, Jr.
   Thompson Burton PLLC
   6100 Tower Circle, Ste. 200
   Franklin, TN 37067

         /s James W. Price, Jr.
         James W. Price, Jr.