UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRIAN CUMMINGS, | ) |
| Plaintiff, | ) |
| | ) NO.: 3:22-cv-00301 |
| v. | ) |
| BRETTON KEEFER, on behalf of the deceased, CHESTA SHOEMAKER, AFSOON HAGH, and JEANNE BURTON, Trustee on behalf of CUMMINGS MANOOKIAN, PLC, | ) |
| Defendants. | ) |

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Counsel for the Plaintiff, Brian Cummings, respectfully moves the Court for an Order continuing and resetting the Case Management Conference in this matter because the Defendant, Afsoon Hagh, has not yet been served and Plaintiff has been advised that his service of process on the Defendant, Bretton Keefer, was invalid.

Counsel has concurrently with this Motion, filed a Motion with the Court for an Order having the United States Marshal or his deputy serve the Defendants in this case as a result of all other methods of service having been unsuccessful.

Respectfully submitted,

/s  James W. Price, Jr.
James W. Price, Jr., #3538
Attorney for Plaintiff
Price, Hill & Kolarich, & Moore
214 2nd Ave N., Ste. 205
Nashville, TN 37201
TEL: (615) 244-5772

**CERTIFICATE OF SERVICE**

      I certify that a true and exact copy of the foregoing document was delivered by electronic court filing or first class mail on this the 23rd day of August 2022, to:

      Bretton Keefer
      5960 Pumpkintown Lane
      Lafayette, TN 37083

      Afsoon Hagh
      2016 Sunset Hills Terrace
      Nashville, TN, 37215

      Phillip G. Young, Jr.
      Thompson Burton PLLC
      6100 Tower Circle, Ste. 200
      Franklin, TN 37067

                              /s    James W. Price, Jr.
                                James W. Price, Jr.

2

Case 3:22-cv-00301   Document 23   Filed 08/23/22   Page 2 of 2 PageID #: 109