# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRIAN CUMMINGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO.: 3:22-cv-00301 |
| v. | ) |
| | ) CHIEF JUDGE CRENSHAW |
| BRETTON KEEFER, on behalf of the deceased, | ) MAGISTRATE JUDGE NEWBERN |
| CHESTA SHOEMAKER, | ) |
| AFSOON HAGH, and | ) |
| JEANNE BURTON, Trustee on behalf of | ) |
| CUMMINGS MANOOKIAN, PLC, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR SERVICE OF PROCESS ON DEFENDANT BY U.S. MARSHAL

Plaintiff moves this Court for an Order pursuant to FRCP 4(c)(3) directing the U.S. Marshal or his deputy to serve the Defendants in this case.

The Defendant, Afsoon Hagh, is aware of this lawsuit but is attempting to avoid service of process and all conventional methods have been unsuccessful. Accordingly, it is necessary that an Order issue for the U.S. Marshal to serve the Defendant.

Respectfully submitted,

/s James W. Price, Jr.
James W. Price, Jr., #3538
Attorney for Plaintiff
Suite 1800, 201 4th Avenue North
Nashville, TN 37219
TEL: (615) 244-5772

## CERTIFICATE OF SERVICE

      I certify that a true and exact copy of the foregoing document was delivered by electronic court filing or first class mail on this the 23rd day of August, 2022, to:

      Bretton Keefer
      5960 Pumpkintown Lane
      Lafayette, TN 37083

      Afsoon Hagh
      Hagh Law PLC
      1906 Glen Echo Road, #150229
      Nashville, TN 37215

      Phillip G. Young, Jr.
      Thompson Burton PLLC
      6100 Tower Circle, Ste. 200
      Franklin, TN 37067

      /s    James W. Price, Jr.
      James W. Price, Jr.