IN THE EIGHTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE

| | |
|---|---|
| PAMELA SALAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Docket No. 21C816 |
| v. ) | |
| ) | Jury Demand (12) |
| JOHN DAVID ROSDEUTSCHER, M.D. ) | |
| and CUMBERLAND PLASTIC SURGERY, ) | |
| P.C., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**~~[PROPOSED]~~ ORDER ON DEFENDANTS' MOTION TO COMPEL**

This matter came to be heard on June 3, 2022, on Defendants' Motion to Compel. After considering the parties' filings, the oral argument of counsel[1], and the entire record in this case, the Court hereby rules as follows:

Defendants are permitted to serve Ms. Hagh with documents at the address she has listed with the Tennessee Board of Professional Responsibility. Hand-delivery of documents to that address shall be deemed properly served. To the extent Defendants need to correspond with Ms. Hagh electronically (given that she has blocked emails from defense counsel from being received at her email address), they may do so by filing such communications via the Court's e-filing system. Ms. Hagh is required to receive service of any document filed through the e-filing system. The Court understands this will result in substantial added filings on the docket in this case.

_____        _____
**DATE**                                                                  **JUDGE KELVIN D. JONES**

---

[1] Plaintiff's counsel did not appear at the hearing. Attorney Afsoon Hagh provided the Court with no notice of nor explanation for her absence. Attorney John Spragens notified the Court of his unavailability after 9:30 p.m. the night before the hearing.

APPROVED FOR ENTRY:

/s/ Matthew H. Cline
**Dixie W. Cooper, BPR #16547**
**Matthew H. Cline, BPR #31076**
Cumberland Litigation, PLLC
5005 Maryland Way
Suite 225
Brentwood, TN 37027
Dixie@cumberlandlitigation.com
Matt@cumberlandlitigation.com

*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the above court electronically via the Davidson County Circuit Court E-Filing system on the 3rd day of June, 2022. Electronic filers will receive service by Metroefile@nashville.gov. A courtesy copy is being emailed to the Court.

Afsoon Hagh, #28393
Hagh Law
1906 Glen Echo Rd., P.O. Box 150229
Nashville, Tennessee 37215
T: (615) 566-0937
afsoon@haghlaw.com

John Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Counsel for Plaintiff*

/s/ Matthew H. Cline
**Matthew H. Cline**



| | |
|---|---|
| **Case Title:** | SALAS V ROSDEUTSCHER |
| **Case Number:** | 21C816 |
| **Type:** | ORDER- GENERAL |

The foregoing is hereby ORDERED, ADJUDGED AND DECREED:

_____
Judge Kelvin Jones, Eighth Circuit

Electronically signed on 06/23/2022 03:52 PM     page 3 of 3