**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Brian Cummings | 3:22-cv-00301 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Bretton Keefer, et al. | Summons/Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Afsoon Hagh
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
226 Pelham Drive, Brentwood, TN 37027-4237

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James W. Price, Jr.
Price, Hill & Kolarich
201 4th Ave. N., Suite 1800
Nashville, TN 37219

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 10/3/22 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1-1 | District of Origin No. 75 | District to Serve No. 75 | Signature of Authorized USMS Deputy or Clerk *Kevin J. Manley* | Date 10/06/22 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date 10/11/22 | Time 1800 | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee 0 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges 0 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 0 $0.00 |
|---|---|---|---|---|---|

REMARKS: 10/6/22: FWD TO DUSM FOR SERVICE.
10/11/22 - 22 MILES R/T - 1 Hour - REFUSED TO ACCEPT

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| Brian Cummings | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:22-cv-00301 |
| Bretton Keefer, et al. | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Afsoon Hagh
226 Pelham Drive
Brentwood, TN 37027-4237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James W. Price, jr.
Price, hill & Kolarich
201 4th Avenue N., Suite 1800
Nashville, TN 37219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 10/03/2022         _____
Signature of Clerk or Deputy Clerk

**RETURN COPY**

Civil Action No. 3:22-cv-00301

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __AFSOON, HASH__

was received by me on *(date)* __10/11__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because __Refused to Accept__ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10/11/22__

_____R. Capus_____
*Server's signature*

_____
*Printed name and title*

_____Nashville, TN_____
*Server's address*

Additional information regarding attempted service, etc:

#1 MALE STATED SUBJECT HAS NOT LIVED THERE SINCE JUNE. #2 MALE SUBJECT TOLD DEPUTY TO LEAVE AND THREW SUMMONS ON THE GROUND THEN INTO DEPUTY'S CAR.