# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRIAN CUMMINGS, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> BRETTON KEEFER, on behalf of the deceased, ) </br> CHESTA SHOEMAKER, ) </br> AFSOON HAGH, and ) </br> JEANNE BURTON, Trustee on behalf of ) </br> CUMMINGS MANOOKIAN, PLC, ) </br> ) </br> Defendants. ) | NO.: 3:22-cv-00301 |

## MOTION TO WITHDRAW AS COUNSEL

James W. Price, Jr., counsel for the Plaintiff, Brian Cummings, respectfully moves the Court for an Order allowing him to withdraw as counsel. Elizabeth Tipping will remain as Plaintiff's counsel.

Counsel is retiring and the Plaintiff, Brian Cummings consents to the entry of an Order granting this Motion.

Respectfully submitted,

/s James W. Price, Jr.
James W. Price, Jr., #3538
Attorney for Plaintiff
Price, Hill & Kolarich, & Moore
214 2nd Ave N., Ste. 205
Nashville, TN 37201
TEL: (615) 244-5772

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing document was delivered by electronic court filing or first class mail on this the 27th day of October, 2022, to:

Bretton Keefer
5960 Pumpkintown Lane
Lafayette, TN 37083

Afsoon Hagh
2016 Sunset Hills Terrace
Nashville, TN, 37215

Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Ste. 200
Franklin, TN 37067

Elizabeth S. Tipping
Kristen M. Shields
2689 Union Hill Road
Joelton, TN 37080

/s  James W. Price, Jr.
James W. Price, Jr.