AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

Brian Cummings

*Plaintiff*

v.

Bretton Keefer et al.

*Defendant*

Civil Action No. 3:22-cv-00301

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bretton Keefer
5554 Pumpkintown Lane
Lafayette, TN 37083

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Elizabeth S. Tipping
Counterpoint Legal, PLC
2689 Union Hill Road
Joelton, TN 37080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/20/2022

CLERK OF COURT

*Kim Cheas*

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No. 3:22-cv-00301

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bretton Keefer__

was received by me on *(date)* __10/20/22__.

☑ I personally served the summons on the individual at *(place)* __5554 Pumpkintown Lane, Lafayette, TN 37083__ on *(date)* __11-01-22__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __11-01-22__

*Server's signature:* Roger Clemens

*Printed name and title:* Roger Clemons – Private Investigator

*Server's address:* P.O. Box 123, Bethpage, TN 37022

Additional information regarding attempted service, etc: