# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BRIAN CUMMINGS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cv-00301 |
| **BRETTON KEEFER,** on behalf of the deceased **CHESTA SHOEMAKER**, **AFSOON HAGH,** and **JEANNE BURTON,** Trustee on behalf of **CUMMINGS MANOOKIAN, PLC,** | ) Chief Judge Waverly D. Crenshaw, Jr.<br>) Magistrate Judge Alistair E. Newbern |
| Defendants. | ) |

## DECLARATION OF ELIZABETH S. TIPPING

I, Elizabeth S. Tipping, state that the following facts are true based upon my personal knowledge:

1. I am counsel of record for the above-named Plaintiff, Brian Cummings.

2. On October 28, 2022, I spoke with Deputy U.S. Marshal Robert Capus regarding his attempted service of process upon Defendant Afsoon Hagh at 226 Pelham Drive in Brentwood, Tennessee.

3. During our telephone conversation, Deputy U.S. Marshal Capus viewed a photograph of Brian Manookian on the internet, and stated that Mr. Manookian is the individual identified as "#2 Male" in the Return of Service document filed October 25, 2022. Deputy U.S. Marshal Capus confirmed that Mr. Manookian was at 226 Pelham Drive, Brentwood, Tennessee, on October 11, 2022. Deputy U.S. Marshal Capus further confirmed that Mr. Manookian was the individual described in the Return of Service document who told him to leave, threw the summons

on the ground, and then picked the summons up and threw it into Deputy U.S. Marshal Capus's car.

4. I have submitted a Touhy request to the Office of General Counsel, asking that Deputy U.S. Marshal Capus provide additional details in writing concerning his interactions with "#2 Male" at 226 Pelham Drive, Brentwood, Tennessee, on October 11, 2022. In particular, I have requested that Deputy U.S. Marshal Capus confirm for the Court, in a Declaration or other written form, that he has identified Mr. Manookian as the individual described as "#2 Male" who told Deputy U.S. Marshal Capus to leave, threw the summons on the ground, and then threw it into Deputy U.S. Marshal Capus's vehicle. This request is currently in process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2022.

_____
Elizabeth S. Tipping

Respectfully Submitted,

**COUNTERPOINT LEGAL, PLC**

By: _____
Elizabeth S. Tipping, No. 023066
Kristen M. Shields, No. 036438

2689 Union Hill Road
Joelton, TN 37080
(615) 426-5566
liz@counterpointlaw.com
kristen@counterpointlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on this the 16th day of November, 2022, via the Court's electronic filing system on the following:

Phillip G. Young, Jr.
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
phillip@thompsonburton.com

and via United States First Class mail, postage prepaid on the following:

Bretton Keefer
5554 Pumpkintown Lane
Lafayette, TN 37083

Afsoon Hagh
Hagh Law PLC
226 Pelham Drive
Brentwood, Tennessee 37027-4237

_____