# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BRIAN CUMMINGS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:22-cv-00301 |
| **BRETTON KEEFER, on behalf of the** | ) Chief Judge Waverly D. Crenshaw, Jr. |
| **deceased CHESTA SHOEMAKER,** | ) Magistrate Judge Alistair E. Newbern |
| **AFSOON HAGH, and** | ) |
| **JEANNE BURTON, Trustee on behalf** | ) |
| **of CUMMINGS MANOOKIAN, PLC,** | ) |
| **Defendants.** | ) |

## DECLARATION OF ROBERT CAPUS

I, Robert Capus, state that the following facts are true based upon my personal knowledge:

1. I am a Deputy U.S. Marshal with the U.S. Marshals Service based out of the Middle District of Tennessee.

2. On October 11, 2022, I attempted to effect service of process upon Defendant Afsoon Hagh at 226 Pelham Drive in Brentwood, Tennessee.

3. At 226 Pelham Drive, a dark sedan pulled into the driveway. An adult male exited the vehicle, and I advised him that I was there to serve papers on Afsoon Hagh. The individual informed me that Ms. Hagh was his niece and that she had not lived there since June.

4. As I was speaking with the individual in the driveway, a second male arrived at the property in a silver SUV. The second individual refused to identify himself. Attorney Ms. Tipping requested U.S. Marshals Service to review a photograph for the above case. At the direction of my supervisor, Ms. Tipping provided the name Brian Manookian through telephonic communications and I viewed a photograph of Mr. Manookian on the website thenationaltriallawyers.org. After

viewing this photograph of Brian Manookian on the website thenationaltriallawyers.org, I confirmed that Mr. Manookian was the second individual who I interacted with at 226 Pelham Drive.

5. Mr. Manookian was irate when he arrived. As I recall, he swatted the summons from the trunk of the dark sedan causing it to fall on the ground. Mr. Manookian told me I was trespassing, and I had to leave. Based on Mr. Manookian's behavior, I was concerned that he would escalate our interaction to a physical confrontation, so I walked away to leave the premises. Mr. Manookian took out his cell phone and started video recording as I walked to my vehicle. As I recall, Mr. Manookian obstructed me from closing my car door and threw the summons into my vehicle.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _November 23_, 2022.

Deputy U.S. Marshal Robert Capus