UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN CUMMINGS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRETTON KEEFER, on behalf of the ) <br> deceased CHESTA SHOEMAKER, ) <br> AFSOON HAGH, and ) <br> JEANNE BURTON, Trustee on behalf ) <br> of CUMMINGS MANOOKIAN, PLC, ) <br> ) <br> Defendants. ) | Case No. 3:22-cv-00301 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## DECLARATION OF ELIZABETH S. TIPPING
## IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT
## AGAINST DEFENDANT BRETTON KEEFER

I, Elizabeth S. Tipping, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am counsel of record for the above-named Plaintiff, Brian Cummings.

2. On November 1, 2022, Defendant Bretton Keefer was personally served with a copy of the Summons and Amended Complaint by private process server Roger Clemons, and proof of service was filed with this Court on November 4, 2022. (Doc. No. 41.)

3. Since service on November 1, 2022, more than 21 days have elapsed and Defendant Keefer has failed to file a responsive pleading or otherwise defend Plaintiff's Amended Complaint.

4. Defendant Keefer is not a minor, and, to the best of my information and belief, Defendant Keefer is not incompetent.

1

5. Defendant Keefer is not in the military service, as evidenced by the certificate issued by the Department of Defense Manpower Data Center on February 7, 2023, which is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 10, 2023.

_____
Elizabeth S. Tipping

Respectfully Submitted,

**COUNTERPOINT LEGAL, PLC**

By: /s/ Elizabeth S. Tipping
     Elizabeth S. Tipping, No. 023066
     Kristen M. Shields, No. 036438

2689 Union Hill Road
Joelton, TN 37080
(615) 426-5566
liz@counterpointlaw.com
kristen@counterpointlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on this the 10th day of February, 2023, via the Court's electronic filing system on the following:

Phillip G. Young, Jr.
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
phillip@thompsonburton.com

and via United States First Class mail, postage prepaid on the following:

Bretton Keefer
5554 Pumpkintown Lane
Lafayette, TN 37083

Afsoon Hagh
Hagh Law PLC
226 Pelham Drive
Brentwood, TN 37027-4237

/s/ Elizabeth S. Tipping

3