# Exhibit C

## IN THE FIFTH CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE

| | |
|---|---|
| BRETTON KEEFER, as Surviving Adult Son and Next-of-Kin of his Deceased Mother, CHESTA SHOEMAKER, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | NO. 19C358 Jury Demand (12) |
| VANDERBILT UNIVERSITY MEDICAL CENTER, ) ) ) | |
| Defendant. ) | |

### BRIAN CUMMINGS' NOTICE OF ATTORNEY'S LIEN

Brian Cummings respectfully submits his Notice of Attorney's Lien. This Attorney's Lien relates to any settlement or recovery in this matter and includes, but is not limited to, the statutory right of recovery pursuant to Tenn. Code Ann. Section 23-2-102, and also includes the right to reimbursement for advanced, documented litigation expenses.

RESPECTFULLY SUBMITTED

/s/Brian Cummings
**Brian Cummings, #19354**
Cummings Law
4235 Hillsboro Pike #300
Nashville, TN 37215
(615) 800-6822 (phone)
(615) 815-1876 (fax)
brian@cummingsinjurylaw.com
*Attorney for the Plaintiff*

1

## CERTIFICATE OF SERVICE

I certify that on November 27, 2020 a copy of this document was served via the methods noted for each person(s):

**The Court's electronic filing system:**

| | |
|---|---|
| Thomas A. Wiseman, III | Afsoon Hagh |
| Brad Dowd | Hagh Law |
| Wiseman Ashworth Law Group, PLC | Music Square West |
| 511 Union Street, Suite 800 | Nashville, TN 37203 |
| Nashville, TN 37219-1743 | (615) 266-3653 (phone) |
| (615) 254-1877 (phone) | (615) 266-3655 (fax) |
| (615) 254-1878 (fax) | afsoon@haghlaw.com |
| *Attorneys for the Defendant* | *Attorney for the Plaintiff* |

**U.S. Mail – postage prepaid:**

Brett Keefer
5960 Pumpkintown Lane
Lafayette, TN 37083

**s/Brian Cummings**